UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
MAY 12 2009
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

TERRANCE SMITH
  a/k/a "Black"
  a/k/a "T"
ELEAZER MICHAEL MILLS
  a/k/a "Mike"

CASE NO. 3:09-cr-126-J-25JRK
Ct. 1:    18 U.S.C. § 371
Cts. 2 - 10:  18 U.S.C. § 514 and 2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about August, 2007, and continuing through the date of this indictment, at Jacksonville, in the Middle District of Florida and elsewhere,

TERRANCE SMITH,
a/k/a "Black",
a/k/a "T",
ELEAZER MICHAEL MILLS,
a/k/a "Mike",

the defendants herein, did knowingly, willfully, and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the grand jury, to possess, pass, utter, and attempt to possess, pass and utter, false, fictitious instruments and documents purporting to be actual securities and financial instruments issued under the authority of organizations, that is, false and fictitious checks, and false and fictitious money orders, in violation of Title 18, United States Code, Section 514.

## Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed:

1. In or about August, 2007, at Jacksonville, Florida, ELEAZER MICHAEL MILLS, a/k/a "Mike", provided another individual with a false and fictitious check.

2. In or about August, 2007, at Jacksonville, Florida, TERRANCE SMITH, a/k/a "Black", a/k/a "T", and ELEAZER MICHAEL MILLS, a/k/a "Mike", provided counterfeit checks to another individual, who then recruited other people to cash the checks.

3. In or about August, 2007, at Jacksonville, Florida, TERRANCE SMITH, a/k/a "Black", a/k/a "T", provided a counterfeit Western Union money order, serial number 08-724151773, in the amount of $400.00, to another individual.

4. In or about June, 2008, at Jacksonville, Florida, TERRANCE SMITH, a/k/a "Black", a/k/a "T", obtained identification documents from several other individuals, and then had a conversation with ELEAZER MICHAEL MILLS, a/k/a "Mike".

5. In or about June, 2008, at Jacksonville, Florida, ELEAZER MICHAEL MILLS, a/k/a "Mike", provided TERRANCE SMITH, a/k/a "Black", a/k/a "T", with envelopes containing counterfeit checks.

6. In or about June 10, 2008, at Jacksonville, Florida, TERRANCE SMITH, a/k/a "Black", a/k/a "T", provided counterfeit check number 7206, purportedly issued by Spohrer and Dodd, in the amount of $836.27, to another individual for the purpose of having that individual negotiate the check.

7.  In or about June 10, 2008, at Jacksonville, Florida, TERRANCE SMITH, a/k/a "Black", a/k/a "T", provided counterfeit check number 7194, purportedly issued by Spohrer and Dodd, in the amount of $836.27, to another individual for the purpose of having that individual negotiate the check.

## COUNTS TWO THROUGH TEN

On or about the dates listed below, at Jacksonville, Florida and elsewhere,

TERRANCE SMITH,
a/k/a "Black",
a/k/a "T",

defendant herein, with intent to defraud, did knowingly pass, utter and present, and cause to be passed, uttered, and presented, the false and fictitious documents described below, said items appearing, representing and purporting to be an actual security issued by an organization whose activities affect interstate commerce:

| Count | Date | Check No. | Amount | Purported issuer | Issued To |
|---|---|---|---|---|---|
| 2 | 6/10/08 | 7206 | $836.27 | Spohrer & Dodd | Kairabba Brown |
| 3 | 6/19/08 | 20612 | $752.13 | Five Points Healthcare | Kairabba Brown |
| 4 | 6/25/08 | 26927 | $835.27 | Selva Marina Country Club | Kairabba Brown |
| 5 | 7/07/08 | 15304 | $765.40 | American Construction & Remodeling | Kairabba Brown |
| 6 | 7/14/08 | 5878 | $1,195.3 | Sunshine Title Corporation | Kairabba Brown |
| 7 | 7/16/08 | 2467 | $879.47 | Excel Professional Fiberglass & Detailing | Kairabba Brown |

| 8 | 7/16/08 | 1865 | $835.59 | Native Sun | Kairabba Brown |
| 9 | 6/09/08 | 7194 | $836.27 | Spohrer & Dodd | Anthony Johnson |
| 10 | 6/05/08 | 11109 | $672.39 | Harry D. Williams, Jr. Enterprises | Stephen B. Brooks |

All in violation of Title 18, United States Code, Sections 514 and 2.

A TRUE BILL,

*Marie C Smith*
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: *Kathleen O'Malley*
KATHLEEN O'MALLEY
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4