UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELEAZER MICHAEL MILLS | CASE NO. 3:09-cr-126-J-25JRK<br>**FILED IN OPEN COURT**<br>1-6-10<br>CLERK, U S DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>JACKSONVILLE, FLORIDA |
| **Counsel for Government:**<br>Kathleen O'Malley | **Counsel for Defendant:**<br>Daniel Smith |

**HONORABLE HENRY LEE ADAMS, JR., UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Paula Tribune Goins
Court Reporter: Deanne Moore          Probation Officer: Steve Watson

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

__X__   Defendant adjudged guilty on Count **One** of the Indictment.
__X__   Imprisonment: **18 months.**
__X__   Court recommends confinement at: Jesup, FPC and participate in an intensive drug treatment program.
__X__   Supervised Release: **3 years**.
__X__   Special Assessment: **$100.00** to be paid immediately.
__X__   Restitution: **$38,887.79** jointly and severally with co-defendant, Terrance Smith.
__X__   Defendant shall make monthly in installments of __$ 100__. Should the defendant's financial situation arrant an increase or decrease in his monthly payments, the probation office shall advise the Court.

__X__   Special conditions of supervised release:

   __X__   Defendant shall provide the Probation Officer access to any requested financial information.
   __X__   Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the Probation Officer.
   __X__   Defendant shall participate as directed in a program for substance abuse treatment.
   __X__   Defendant shall participate as directed in a program for mental health treatment.
   __X__   Cooperate in the Collection of DNA as directed by the Probation Officer.

__X__   Defendant shall surrender to the designated institution as notified by the Bureau of Prisons not later than **February 22, 2010 at 2:00 p.m.**.
__X__   Defendant advised of right to appeal and to counsel on appeal.

DATE:   January 6, 2009         TIMES: 1: 30 p.m. - 1:55 p.m.     TOTAL: /25